1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10   PATRICK DEWIN MC DANIELS, SR.,

                      Petitioner,            Case No.  13-cv-02804-JST (PR)

11

12        v.                                 **ORDER EXTENDING TIME TO FILE**
                                             **COMPLETE IN FORMA PAUPERIS**
13   RON BARNES, Warden,                     **APPLICATION**

                      Respondent.

14

15

16        On June 18, 2013, petitioner filed this <u>pro se</u> petition for a writ of habeas corpus pursuant

17   to 28 U.S.C. § 2254.  On the same day the action was filed, petitioner was ordered to file a

18   complete application to proceed in forma pauperis ("IFP"), or pay the filing fee of $5.00, within 28

19   days, or face dismissal of the action.

20        On July 8, 2013, petitioner filed his IFP application.  On July 19, 2013, petitioner filed a

21   Certificate of Funds in Prisoner's Account along with an "Inmate Statement Report."  The IFP

22   application is deficient, however, because the Certificate of Funds in Prisoner's Account was not

23   completed and signed by an authorized officer of the institution.  Furthermore, petitioner failed to

24   attach a copy of his prisoner trust account statement showing transactions for the last six months.

25        The application is not sufficient to establish that petitioner is entitled to proceed IFP.  He

26   will be afforded one last chance to remedy the deficiency.  Petitioner is GRANTED 28 days from

27   the date of this order to file another, complete, application for leave to proceed IFP.  <u>If a complete</u>

28   <u>application is not filed within 28 days, or the filing fee of $5 paid, this case will be dismissed.</u>

United States District Court
Northern District of California

1    The Clerk of the Court shall provide petitioner with a new prisoner IFP application.

2    **IT IS SO ORDERED**.

3  Dated:  July 30, 2013

4

5    _____

6    JON S. TIGAR
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California