United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK DEWIN MC DANIELS, SR.,

            Petitioner,

    v.

RON BARNES, Warden,

            Respondent.

Case No.  13-cv-02804-JST (PR)

**ORDER EXTENDING TIME TO FILE COMPLETE IN FORMA PAUPERIS APPLICATION**

On June 18, 2013, petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On the same day the action was filed, petitioner was ordered to file a complete application to proceed in forma pauperis ("IFP"), or pay the filing fee of $5.00, within 28 days, or face dismissal of the action.

On July 8, 2013, petitioner filed his IFP application.  On July 19, 2013, petitioner filed a Certificate of Funds in Prisoner's Account along with an "Inmate Statement Report."  The IFP application is deficient, however, because the Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer of the institution.  Furthermore, petitioner failed to attach a copy of his prisoner trust account statement showing transactions for the last six months.

The application is not sufficient to establish that petitioner is entitled to proceed IFP.  He will be afforded one last chance to remedy the deficiency.  Petitioner is GRANTED 28 days from the date of this order to file another, complete, application for leave to proceed IFP.  If a complete application is not filed within 28 days, or the filing fee of $5 paid, this case will be dismissed.

The Clerk of the Court shall provide petitioner with a new prisoner IFP application.

**IT IS SO ORDERED**.

Dated:  July 30, 2013

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California